# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2014

147483

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GERARDO LORENZO TIENDA and SILVIA
LOPEZ GOMEZ,
           Plaintiffs-Appellees,

v

                                        SC: 147483
                                        COA: 306050
                                        Allegan CC: 10-046088-NF

INTEGON NATIONAL INSURANCE
COMPANY, a/k/a GMAC INSURANCE
COMPANY,
           Defendant-Appellee,
and

TITAN INSURANCE COMPANY,
           Intervening Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 23, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing the issue whether the insured upon whose policy the plaintiffs seek the payment of benefits was an "out-of-state resident," as that term is used in MCL 500.3163(1), at the time of the Michigan accident giving rise to the plaintiffs' claim. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014

t0129



Clerk